IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN S. SHIPLEY | : | CIVIL ACTION |
| | : | NO. 13-7398 |
| v. | : | |
| | : | |
| DELAWARE COUNTY TAX | : | |
| CLAIM BUREAU, et al. | : | |

## ORDER

AND NOW this 12th day of May, 2014, upon consideration of motions to dismiss the claims of plaintiff John S. Shipley by defendants Delaware County Tax Claim Bureau, Kathy S. Wike, Delaware County Government Center and Steven Vincent Bottiglieri (Dkt No. 27) and by defendant Michael Dignazio (Dkt. No. 28), plaintiff's "Motion Opposing All of the Defendants['] Motion[s] to Dismiss" (Dkt. No. 32), Dignazio's reply (Dkt. No. 33) and plaintiff's response to Dignazio's reply (Dkt. No. 36), and consistent with the accompanying memorandum of law, it is ORDERED that defendants' motions are GRANTED and plaintiff's amended complaint is DISMISSED.

The Clerk of Court shall CLOSE this case for statistical purposes.

                                                                *s/Thomas N. O'Neill, Jr.*
                                                           THOMAS N. O'NEILL, JR., J.